JOHN P. KOSNICK, Respondent, v. KEESHIN MOTOR EXPRESS CO., Defendant, and THEODORE HOKE, Appellant.— The plaintiff has secured a judgment in the amount of $3,134.50 for the personal injuries which he sustained in a collision between tractor-trailer units driven by the respective parties. The defendant's motion for a dismissal of the complaint and to set aside the verdict and for a new trial have been denied. Purely questions of fact were involved. The evidence is sufficient to support the verdict. The verdict was not excessive. Judgment

and orders unanimously affirmed, with costs to respondent. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ.